1
2
3
4              **UNITED STATES DISTRICT COURT**
5                    **DISTRICT OF NEVADA**
6
7  AMBER MARTINEZ, et al.,                          )
8                          Plaintiffs,              )     Case No. 2:13-cv-01653-APG-PAL
                                                    )
9  vs.                                              )              **ORDER**
                                                    )
10 RAFAEL G. JUAREZ, M.D., et al.,                  )
                                                    )
11                          Defendants.             )
12 ————————————————————————————)
13         This matter is before the court on the parties' failure to file a joint status report as required in
14 Order (Dkt. #4) entered September 10, 2013, regarding removal of this case to federal district court.  On
15 September 27, 2013, Defendant Boston Scientific Corporation filed a signed Statement (Dkt. #11)
16 which complied with the court's order that the removing party file a statement providing the
17 information specified.  However, the parties have not submitted a joint status report regarding removal
18 as required.  Accordingly,
19         **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November**
20 **12, 2013,** which must:
21         1.    Set forth the status of this action, including a list of any pending motions and/or other
22                matters which require the attention of this court.
23         2.    Include a statement by counsel of action required to be taken by this court.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 29th day of October, 2013.

_____
Peggy A. Leen
United States Magistrate Judge