# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER MARTINEZ, et al.,   ) | |
| ) | |
| Plaintiff,   ) | Case No. 2:13-cv-01653-APG-PAL |
| ) | |
| vs.   ) | **ORDER** |
| ) | |
| RAFAEL G. JUAREZ, M.D.,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

An Order (Dkt. #19) was entered October 23, 2013, staying all deadlines not otherwise related to the pending motions on file herein. As such, the Order (Dkt. #21) requesting that the parties file a joint status report was filed in error. Accordingly,

**IT IS ORDERED** that the Order (Dkt. #21) requesting that the parties file a joint status reports shall be **STRICKEN.**

Dated this 31st day of October, 2013.

_____
Peggy A. Leen
United States Magistrate Judge