```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
 7
 8                                            )   Case #2:20-cv-01668
                                              )
 9   Amber Martinez                           )
                                              )   VERIFIED PETITION FOR
10              Plaintiff(s),                 )   PERMISSION TO PRACTICE
                                              )   IN THIS CASE ONLY BY
11        vs.                                 )   ATTORNEY NOT ADMITTED
                                              )   TO THE BAR OF THIS COURT
12   Boston Scientific Corporation            )   AND DESIGNATION OF
                                              )   LOCAL COUNSEL
13                                            )
                Defendant(s).                 )
14   _____  )   FILING FEE IS $250.00
15
16          _____Timothy R. West_____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)
17
        1.   That Petitioner is an attorney at law and a member of the law firm of
18
                                    Bertram & Graf, L.L.C.
19       _____
                                         (firm name)
20   with offices at _____2345 Grand Boulevard, Suite 1925_____,
                                          (street address)
21
         _____Kansas City_____, _____Missouri_____, ____64108____,
22              (city)                      (state)              (zip code)

23      ____(816) 523-2205____ , ____tim@bertramgraf.com____.
        (area code + telephone number)        (Email address)
24
        2.   That Petitioner has been retained personally or as a member of the law firm by
25
             _____Amber Martinez_____ to provide legal representation in connection with
26                    [client(s)]
27   the above-entitled case now pending before this Court.
28                                                                              Rev. 5/16
```

3.  That since **September 27, 2002** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Missouri** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., Western District of Missouri | September 27, 2002 | 52187 |
| U.S.D.C., District of Kansas | April 4, 2006 | 23892 |
| Kansas State Courts | November 14, 2008 | 23892 |
| 10th Circuit Court of Appeals | May 31, 2017 | |
| 8th Circuit Court of Appeals | June 8, 2010 | |
| U.S.D.C. Eastern District of Missouri | January 30, 2018 | 52187 |

5.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Missouri Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____Timothy R. West_____
Petitioner's signature

STATE OF ____Missouri____ )
COUNTY OF ____Jackson____ )

____Timothy R. West____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____Timothy R. West_____
Petitioner's signature

Subscribed and sworn to before me this

__16__ day of __October__, __2020__.

_____[signature]_____
Notary Public or Clerk of Court

BIANCA FENNIX
Notary Public - Notary Seal
Platte County - State of Missouri
Commission Number 20802497
My Commission Expires Jul 12, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Brian D. Nettles____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1389 Galleria Drive, Suite 200____,
(street address)

____Henderson____, ____Nevada____, ____89104____,
(city)              (state)              (zip code)

____(702) 434-8282____, ____brian@nettlesmorris.com____.
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brian Nettles_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Amber Martinez
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7462                    brian@nettlesmorris.com
Bar number              Email address

APPROVED:

DATED this 26th day of October, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on November 14, 2008,

### Timothy Ray West

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 13th day of October, 2020.

**Active Status**

_Douglas T. Shima_
Clerk of the Supreme Court of Kansas

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/2002,

## Timothy Ray West

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 13th day of October, 2020.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri